WALTER HODGES et al. v. ASA E. WALDEN.

No. A-5771.   Opinion Filed Aug. 25, 1925.
(238 Pac. 1118.)

Champion, Champion & George, for petitioners.

The Attorney General and Chas. Hill Johns, Asst. Atty. Gen., for the State.

PER CURIAM.   Application for alternative writ of mandamus filed this 25th day of August, 1925.   Cause dismissed, on motion of the petitioner, on the same day.